

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

Telephone (518) 776-2025

January 24, 2023

Catherine O'Hagan Wolfe (via ECF)
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Heim v. Daniel*, No. 22-1135

Dear Ms. Wolfe:

    I represent defendants-appellees in the above matter. I write to inform the Court that, in addition to the dates provided in my Local Rule 34.1(a) Oral Argument Statement, I will be unavailable for argument on April 5-7, 2023, and May 11-19, 2023.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ Sarah L. Rosenbluth
    SARAH L. ROSENBLUTH
    Assistant Solicitor General

cc:    Counsel of record (via ECF)