

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

Telephone (716) 853-8407

March 17, 2023

Catherine O'Hagan Wolfe (via ECF)
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re:   *Heim v. Daniel*, No. 22-1135

Dear Ms. Wolfe:

   I represent defendants-appellees in the above matter. I write to inform the Court that, in addition to the dates provided in my Local Rule 34.1(a) Oral Argument Statement and my letter dated January 24, 2023, I will be unavailable for argument June 5 through June 9, 2023, and June 14 through June 16, 2023.

   Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        /s/ Sarah L. Rosenbluth
                                        SARAH L. ROSENBLUTH
                                        Assistant Solicitor General

cc:    Counsel of record (via ECF)